**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Armando MARINO–NAVA,**
**Defendant—Appellant.**

No. 09–10516.

United States Court of Appeals,
Ninth Circuit.

---

Submitted Sept. 13, 2010.*

Filed Oct. 12, 2010.

Melissa Karlen, Assistant U.S., Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Adrian Paulino Fontes, The Law Offices of Adrian P. Fontes, Phoenix, AZ, for Defendant–Appellant.

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

## MEMORANDUM **

Armando Marino–Nava appeals from his guilty-plea conviction and 86–month sentence for re-entry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Marino–Nava's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.